

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2021

No. 04-21-00496-CR

Jonathan Andrew **BRUECKEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR9293W
Honorable Frank J. Castro, Judge Presiding

**ORDER**

Because appellant did not timely file his notice of appeal, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on December 22, 2021.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2021.

_____
Michael A. Cruz, Clerk of Court